## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT WISCONSIN

| | |
|---|---|
| CELLULAR DYNAMICS INTERNATIONAL, INC., and<br><br>WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>                Plaintiffs,<br><br>        vs.<br><br>LONZA WALKERSVILLE, INC.,<br><br>                Defendant. | Case No. 3:17-cv-27 |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiffs Cellular Dynamics International, Inc. ("CDI") and Wisconsin Alumni Research Foundation ("WARF"), respectfully request that the Court grant leave for Plaintiffs to file under seal the Rule 30(b)(6) deposition transcript of Defendant Lonza Walkersville, Inc. ("Lonza") (Dkt.45), for which Lonza designated Dr. Thomas Fellner, held on Tuesday, July 25, 2017.

This document contains information designated by Lonza as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY" pursuant to an agreement between the parties. CDI and WARF will prepare a non-confidential, redacted version of the deposition transcript and will submit it to counsel for Lonza for confirmation that all Lonza confidential information has been removed. CDI and WARF will file this redacted version upon receiving such confirmation.

The parties are in ongoing negotiations regarding a Protective Order for this case and hope to submit a Joint Proposed Protective Order to the Court for approval soon.

WHEREFORE, for the reasons stated above, CDI and WARF respectfully request that the Court grant this Motion for Leave to File Under Seal.

Dated: July 27, 2017.

    /s/ Carly S. Conway
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kristin.noel@quarles.com
Carly S. Conway
carly.conway@quarles.com
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Telephone:   (608) 251-5000
Facsimile:   (608) 251-9166

*Attorneys for Plaintiff*
*Cellular Dynamics International, Inc.*

    /s/ Michelle M. Umberger
Michelle M. Umberger
MUmberger@perkinscoie.com
Christopher G. Hanewicz
CHanewicz@perkinscoie.com
Perkins Coie LLP
One East Main Street Suite 201
Madison, WI 53703-5118
D. +1.608.663.7466
F. +1.608.663.7499

*Attorneys for Plaintiff Wisconsin Alumni Research Foundation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Carly S. Conway*
Carly S. Conway