UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT WISCONSIN

| | |
|---|---|
| CELLULAR DYNAMICS INTERNATIONAL, INC., and<br><br>WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>   Plaintiffs,<br><br>vs.<br><br>LONZA WALKERSVILLE, INC.,<br><br>   Defendant. | Case No. 3:17-cv-27 |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs Cellular Dynamics International, Inc. ("CDI") and Wisconsin Alumni Research Foundation ("WARF"), respectfully request that the Court grant leave for Plaintiffs to file under seal the following documents:

1. Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer for Improper Venue;

2. Declaration of Michael Falk in Support of Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer for Improper Venue;

3. Declaration of Carly S. Conway in Support of Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer for Improper Venue;

4.      **Exhibit 3**, Lonza's bid in response to the University of Wisconsin's request for bids for Contract No. 10-5700,  produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006113–6151;

5.      **Exhibit 4**, the University of Wisconsin's letter to Lonza, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006108–6110;

6.      **Exhibit 5**, the 2010 agreement between the University of Wisconsin and Lonza, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006111–6112;

7.      **Exhibit 6**, the 2010 Master Supply Agreement between Pfizer Inc. and Lonza, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006038–6073;

8.      **Exhibit 7**, the 2014 Master Supply Agreement between Pfizer Inc. and Lonza, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006074–6098;

9.      **Exhibit 8**, Lonza's Service Plan Options for Nucleofector Devices, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006735;

10.     **Exhibit 9**, Lonza's Service Plan Options for Rapid Testing Solutions, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006734;

11.     **Exhibit 10**, the Confidentiality and Non-Disclosure Agreement between the Board of Regents of the University of Wisconsin System on behalf of the University of Wisconsin-Madison Waisman Center and Lonza, dated August 27, 2014, as produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006786–6788;

12.     **Exhibit 11**, the Materials Transfer Agreement between Lonza and the Board of Regents of the University of Wisconsin System on behalf of the University of Wisconsin-Madison, dated May 12, 2010, along with internal Lonza documentation dated June 6, 2010, and

July 22, 2015, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006789–6794;

13. **Exhibit 13**, the Non-Exclusive License Agreement between WARF and Lonza, dated January 4, 2011, along with the accompanying correspondence from WARF to Lonza regarding licensing fees and costs, dated January 25, 2011, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006795–6821;

14. **Exhibit 14**, the First Amendment to License Agreement between Promega Corporation and Lonza, dated August 31, 2016, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006100–6102;

15. **Exhibit 16**, Lonza's LPB East Regional Sales roster, produced by Lonza to CDI's counsel on July 14, 2017 as Lonza-CDI-0005958–5960;

16. **Exhibit 17**, an email redacted by Lonza's counsel and produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006780–6781;

17. **Exhibit 18**, Lonza's Pharm & Biotech - Bioscience Solutions 2017 Sales Roster, produced by Lonza to CDI's counsel on July 14, 2017 as Lonza-CDI-0005961–5986;

18. **Exhibit 19**, an email redacted by Lonza's counsel and produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0006774–6778; and

19. **Exhibit 20**, Lonza's Policy on Environment Health and Safety, produced by Lonza to CDI's counsel on July 20, 2017 as Lonza-CDI-0005993–5994.

These documents contain information designated by Lonza as "HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY" pursuant to an agreement between the parties. CDI and WARF will prepare non-confidential, redacted versions of these documents

and will submit them to counsel for Lonza for confirmation that all Lonza confidential information has been removed.  CDI and WARF will file this redacted version upon receiving such confirmation.

The parties are in ongoing negotiations regarding a Protective Order for this case and hope to submit a Joint Proposed Protective Order to the Court for approval soon.

WHEREFORE, for the reasons stated above, CDI and WARF respectfully request that the Court grant this Motion for Leave to File Under Seal.

Dated: August 7, 2017.

       */s/ Carly S. Conway*
Anthony A. Tomaselli
aat@quarles.com
Kristin Graham Noel
kristin.noel@quarles.com
Carly S. Conway
carly.conway@quarles.com
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Telephone:    (608) 251-5000
Facsimile:      (608) 251-9166

*Attorneys for Plaintiff*
*Cellular Dynamics International, Inc.*

      */s/ Michelle M. Umberger*
Michelle M. Umberger
MUmberger@perkinscoie.com
Christopher G. Hanewicz
CHanewicz@perkinscoie.com
Perkins Coie LLP
One East Main Street Suite 201
Madison, WI 53703-5118
D. +1.608.663.7466
F. +1.608.663.7499

*Attorneys for Plaintiff Wisconsin Alumni Research Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Carly S. Conway*
Carly S. Conway