IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CELLULAR DYNAMICS INTERNATIONAL, INC., and WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>LONZA WALKERSVILLE, INC.,<br><br>Defendant. | Case No. 3:17-CV-27<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT LONZA WALKERSVILLE, INC.'S MOTION FOR
LEAVE TO FILE UNDER SEAL**

Pursuant to Administrative Order #311, Defendant Lonza Walkersville, Inc. ("Lonza Walkersville"), by its attorneys, von Briesen & Roper, s.c., hereby moves this Court to file Lonza Walkersville's Reply In Further Support Of Its Motion To Transfer For Improper Venue and Exhibit A to the Declaration of Preetha Chakrabarti under seal. The grounds for this motion are as follows:

1.  The present motion asks this Court to determine whether venue is proper in the Western District of Wisconsin under 28 U.S.C. § 1400(b), which requires that a defendant have a "regular and established place of business" in the district.

2.  As part of its ill-fated attempt to show venue, Plaintiffs have filed with the Court and made arguments regarding certain Lonza Walkersville contracts. In addition, Plaintiffs have cited certain confidential information regarding Lonza Walkersville's internal business practices and employees, including their sales territories and places of residence.

3.     Lonza Walkersville's reply brief in support of its motion to transfer addresses Plaintiffs' factual contentions and arguments regarding its contracts, internal business practices and order fulfillment, and employees' residential locations and work territories.

4.     Exhibit A to the Declaration of Preetha Chakrabarti includes the residential addresses of Lonza Walkersville's employees.

5.     Information regarding Lonza Walkersville's contracts with third parties, internal business practices, and the names, residential addresses, and work practices of its employees constitutes non-public "confidential research, development, or commercial information" that requires protection from public disclosure, and that would provide Lonza Walkersville's competitors with an unearned competitive advantage if it were to become public. Fed. R. Civ. P. 26(c)(1)(G); *Jessup v. Luther,* 277 F.3d 926, 929 (7th Cir. 2002); *Wis. Alumni Research Found. v. Apple, Inc.*, No. 14-cv-062, 2015 WL 6453837 (W.D. Wis. Oct. 26, 2015); *F.T.C. v. OSF Healthcare Sys.,* No. 11 C 50344, 2012 WL 1144620, at *3 (N.D.Ill. Apr. 5, 2012) (sealing contract terms, contract negotiations and strategies, where disclosure of the information would have put the party at a competitive disadvantage).

6.     Lonza Walkersville's employees' names and residential addresses are personal information of non-parties that similarly require protection from public disclosure. *See U.S. v. Dish Network, LLC*, 943 F. Supp. 2d 891, 894 (C.D. Ill. 2013) (sealing documents containing personally identifying information of non-parties, including mailing addresses).

7.     The parties are presently negotiating a Protective Order to govern future confidential filings once the venue issue has been decided.

WHEREFORE, Defendant Lonza Walkersville, Inc. respectfully requests that this Court seal Lonza Walkersville's Reply In Further Support Of Its Motion To Transfer For Improper Venue and Exhibit A to the Declaration of Preetha Chakrabarti from public disclosure.

Dated this 11th day of August 2017

    VON BRIESEN & ROPER, S.C.

    By: /s/ *Kelly J. Noyes*
        Heidi L. Vogt, SBN 1001318
        Kelly J. Noyes, SBN 1064809
        411 East Wisconsin Avenue, Suite 1000
        Milwaukee, WI 53202
        Phone:  (414) 287-1258 (Vogt Direct)
        Phone:  (414) 287-1522 (Noyes Direct)
        Fax:     (414) 276-6668
        hvogt@vonbriesen.com
        knoyes@vonbriesen.com

OF COUNSEL:
Anne Elise Herold Li
James K. Stronski
Preetha Chakrabarti
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
(212) 223-4000
ali@crowell.com
jstronski@crowell.com
pchakrabarti@crowell.com

29107325_2.DOCX